1408

**02–50.  Schottenstein v. Schottenstein.**
Franklin App. Nos. 00AP–1088, 00AP–1284, 01AP–227, 01AP–36, 01AP–94 and 01AP–95.
  DOUGLAS, RESNICK and COOK, JJ., dissent.

**02–70.  Jones v. Action Coupling & Equip., Inc.**
Holmes App. No. 01CA013. Appeal allowed and cause consolidated with 02–149, *Jones v. Action Coupling & Equip., Inc.,* Holmes App. No. 01CA013.